1 | SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
GERALYN A.GULSETH, SBN CA 160872
4 | Special Assistant United States Attorney
    333 Market Street, Suite 1500
5   San Francisco, California 94105
    Telephone: (415) 977-8943
6   Facsimile: (415) 744-0134

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MENG KONG, | ) | |
|---|---|---|
| | ) | CIVIL NO. 06-7059-EMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO REDACT AND |
| | ) | [~~PROPOS~~ED] ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 382-385 and 422 of the Certified Administrative Transcript are confidential records pertaining to an individual other than the Plaintiff;

~~2) Said pages shall be removed from the Certified Administrative Transcript and all copies of the Transcripts and then destroyed by the Clerk of the Court, Plaintiff's attorney, the Office of the United States Attorney, and the Assistant Regional Counsel for the Social Security Administration.~~

~~3) The above-mentioned pages will not be disclosed to anyone.~~   See page 2 (insert)

~~4)~~ The reference(s), if any, to the above-mentioned page(s) in Plaintiff's Motion for Summary Judgment shall be disregarded.

5) The parties stipulate that Mona Afary is a marriage family therapist (MFT).

DATED: 6/25/07            SCOTT N. SCHOOLS
                          United States Attorney
                          LUCILLE GONZALES MEIS
                          Regional Chief Counsel

                     By:  /s/ *geralyn gulseth*
                          GERALYN GULSETH
                          Special Assistant United States Attorney

                          Attorneys for Defendant

DATED: 6/25/07       By:  /s/ *lisa lunsford*
                          (*as authorized by facsimile on 6/25/07*)
                          LISA LUNSFORD
                          Attorney at Law

                          Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

DATED: June 26, 2007
                          _____
                          EDWARD M. C
                          United States M

(Insert)
The Clerk of the Court shall return to Defendant the entire Certified Administrative Transcript, which contains the confidential records (Docket #11). Defendant shall contact Court Clerk Sheila Rash at 522-2099 to make arrangement to have Docket #11 picked up.  Defendant shall immediately refile a copy of the Certified Administrative Transcript without those confidential records.  Plaintiff's attorney, the Office of the United States Attorney and the Assistant Regional Counsel for the Social Security Administration shall destroy any copies of the confidential records in their possession, custody, or control.